# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Frederick Canady,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                         3:10cv643

Alvin W. Keller, Jr.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2010 Order.

                            Signed: December 28, 2010

Frank G. Johns, Clerk
United States District Court